RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov

*Attorneys for Defendants Idaho State Board of Education, Idaho Department of Education, and Attorney General Labrador*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SARAH INAMA, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>IDAHO STATE BOARD OF EDUCATION, an agency of the State of Idaho; et al.<br><br>*Defendants.* | Case No. 1:26-CV-00064-DCN<br><br>**THE STATE ENTITIES' MOTION TO DISMISS** |

Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants the Idaho State Board of Education, Idaho Department of Education, and Attorney General Labrador (collectively, the State Entities), move to dismiss Ms. Inama's complaint. Because her complaint "clear[ly]… could not be saved by any amendment," the State Entities ask that the Court dismiss Ms. Inama's suit with prejudice. *See Satanic Temple v. Labrador*, 149 F.4th 1047, 1054–55 (9th Cir. 2025) (alternations in original and quoting *Harris v. Amgen, Inc.*, 573 F.3d 728, 737 (9th Cir. 2009)). This motion is supported by the accompanying memorandum.

DATED: February 26, 2026

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        /s/ *Brian V. Church*
        BRIAN V. CHURCH
        Lead Deputy Attorney General

        *Attorney for Defendants Idaho Board of Education, Idaho Department of Education, and Attorney General Labrador*

## CERTIFICATE OF SERVICE

I Hereby Certify that on February 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Elijah M. Watkins<br>watkins.elijah@dorsey.com | James R. Stoll<br>jstoll@ajhlaw.com |
| Aaron R. Bell<br>bell.aaron@dorsey.com | Nicole M. Jenkins<br>njenkins@ajhlaw.com |
| Latonia Haney Keith<br>lhaney@post.harvard.edu | John J. Maas V<br>jmaas@ajhlaw.com |
| McKay Cunningham<br>cunninghammckay@gmail.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants West Ada School District, Dr. Derek Bub, and Monty Hyde* |

/s/ *Brian V. Church*
Brian V. Church