James R. Stoll, ISB No. 7182
Nicole M. Jenkins, ISB No. 12191
John J. Maas V, ISB No. 12517
ANDERSON, JULIAN & HULL LLP
C.W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:  208-344-5800
E-Mail:   jstoll@ajhlaw.com
         njenkins@ajhlaw.com
         jmaas@ajhylaw.com
         service@ajhlaw.com

*Attorneys for Defendants West Ada School District,
  Dr. Derek Bub, & Monty Hyde*

UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **SARAH INAMA**, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>**IDAHO STATE BOARD OF EDUCATION**, an agency of the State of Idaho; **IDAHO STATE DEPARTMENT OF EDUCATION**, an agency of the State of Idaho; **RAUL R. LABRADOR**, in his official capacity as the Attorney General of the State of Idaho; **WEST ADA SCHOOL DISTRICT**, a political subdivision; **DR. DEREK BUB**, in his official capacity as Superintendent of West Ada School District; **MONTY HYDE**, in his official capacity as the Principal of Lewis & Clark Middle School,<br><br>        Defendants. | Case No.  1:26-cv-00064-DCN<br><br>**DEFENDANT WEST ADA SCHOOL DISTRICT, DR. DEREK BUB, AND MONTY HYDE'S MOTION TO DISMISS AND JOINDER OF THE STATE ENTITIES' MOTION TO DISMISS** |

Defendants West Ada School District, Dr. Derek Bub, and Monty Hyde (collectively, the "West Ada Defendants"), by and through their counsel of record, Anderson, Julian & Hull, LLP, respectfully move this Court to dismiss all claims asserted against them pursuant to Federal Rule

of Civil Procedure 12(b)(6), and further join in the Motion to Dismiss filed by the Idaho State Board of Education, Idaho State Department of Education, and Raul R. Labrador (collectively, the "State Entities". As set forth in the accompanying Memorandum of law, filed contemporaneously herewith, and in the papers filed by the State Entities in support of their Motion to Dismiss, Plaintiff's Complaint fails to state any claim against the West Ada Defendants upon which relief can be granted.

DATED this 27th day of February, 2026.

                ANDERSON, JULIAN & HULL, LLP

By: *John Maas*
        James R. Stoll, Of the Firm
        Nicole M. Jenkins, Of the Firm
        John J. Maas V, Of the Firm
        Attorneys for Defendants West Ada School District, Dr. Derek Bub, & Monty Hyde

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 27th day of February, 2026, I served a true and correct copy of the foregoing document by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | |
|---|---|
| Elijah M. Watkins<br>Aaron R. Bell<br>DORSEY & WHITNEY LLP<br>191 S. Capitol Blvd., Suite 1100<br>Boise, ID 83702<br>T: 208-617-2550<br>E: Watkins.Elijah@dorsey.com<br>  Bell.Aaron@dorsey.com<br>*Attorneys for Plaintiffs* | ☐ U.S. Mail, postage prepaid<br>☐ E-Mail<br>☒ ECF |
| Latonia Haney Keith<br>McKay Cunningham<br>877 W. Main Street, Suite 503<br>Boise, ID 83702<br>T: 512-983-8000<br>E: lhaney@post.harvard.edu<br>  cunninghammckay@gmail.com<br>*Attorneys for Plaintiffs* | ☐ U.S. Mail, postage prepaid<br>☐ E-Mail<br>☒ ECF |
| James E. M. Craig<br>Brian V. Church<br>Office of the Attorney General<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>T: 208-334-2400<br>E: james.craig@ag.idaho.gov<br>  brian.church@ag.idaho.gov<br>*Attorneys for Defendants Idaho State Board of Education, Idaho Department of Education, and Attorney General Labrador* | ☐ U.S. Mail, postage prepaid<br>☐ E-Mail<br>☒ ECF |

            */s/ John Maas*
            James R. Stoll
            Nicole M. Jenkins
            John J. Maas V

**DEFENDANT WEST ADA SCHOOL DISTRICT, DR. DEREK BUB, AND MONTY HYDE'S MOTION TO DISMISS AND JOINDER OF THE STATE ENTITIES' MOTION TO DISMISS - 3**