Elijah M. Watkins (ISB No. 8977)
Aaron R. Bell (ISB No. 10918)
DORSEY & WHITNEY LLP
101 South Capitol Boulevard, Suite 1100
Boise, ID 83702
Telephone: (208) 617-2550
Watkins.Elijah@dorsey.com
Bell.Aaron@dorsey.com

Latonia Haney Keith (ISB No. 9721)
McKay Cunningham (ISB No. 10178)
877 W. Main Street, Suite 503
Boise, ID 83702
Telephone: (512) 983-8000
lhaney@post.harvard.edu
cunninghammckay@gmail.com

*Attorneys for Plaintiff Sarah Inama*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SARAH INAMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO STATE BOARD OF EDUCATION, an agency of the State of Idaho; IDAHO STATE DEPARTMENT OF EDUCATION, an agency of the State of Idaho; RAUL R. LABRADOR, in his official capacity as the Attorney General of the State of Idaho; WEST ADA SCHOOL DISTRICT a political subdivision; DR. DEREK BUB, in his official capacity as Superintendent of West Ada School District; MONTY HYDE, in his official capacity as the Principal of Lewis & Clark Middle School,<br><br>Defendants. | Case No. 1:26-cv-00064-DCN<br><br>**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff, Sarah Inama ("Plaintiff" or "Ms. Inama") through her counsel, Dorsey &

Whitney, LLP, and associated co-counsel, hereby submit this second notice of supplemental

authority to the Omnibus Response in Opposition to Defendants' Motions to Dismiss ("Omnibus Response") (Dkt. 15).

## SUPPLEMENTAL AUTHORITY

On February 26, 2026, the State Entities filed their Motion to Dismiss. That Motion argued that the Attorney General had no authority to enforce Idaho Code § 33-143, and so the Attorney General enjoys sovereign immunity, undisturbed by *Ex parte Young*.

> [T]he Attorney General has no enforcement authority regarding Idaho Code § 33-143, and so the *Ex parte Young* exception does not apply….The Attorney General has no connection whatsoever to Idaho Code § 33-143….Because the Attorney General has no enforcement connection, the *Ex parte Young* exception does not apply, and for the reasons above, the Attorney General has sovereign and Eleventh Amendment Immunity. All federal law claims against the attorney General should be dismissed.

(Dkt. 9-1 at 5-6.)

On July 1, 2026, SB 1251 took effect, after it was signed by the Governor on March 23, 2026. SB 1251 states, in relevant part:

> It is the duty of the attorney general… (11) To exercise all the common law power and authority usually appertaining to the office and to discharge the other duties prescribed by law. This duty shall be interpreted to include the power to seek declaratory and injunctive relief against any person, as defined in section 30-21-102, Idaho 28 Code, who has violated or is violating an Idaho statute that creates a legal duty or prohibition but does not expressly create a civil cause of action through which the state or its officers may enforce the legal duty or prohibition. The attorney general shall have a cause of action to seek such declaratory and injunctive relief, and any injunction entered shall be sufficient to prevent further violations of the statute.

DATED:  July 2, 2026

DORSEY & WHITNEY, LLP

*/s/ Elijah M. Watkins*
Elijah M. Watkins
Aaron R. Bell

*Attorneys for Plaintiff Sarah Inama*

SECOND NOTICE OF SUPPLEMENTAL AUTHORITY – 2
4926-2243-5256\1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2026 I filed the foregoing electronically through the CM/ECF system, which cause the following parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James R. Stoll
Nicole M. Jenkins
John J. Maas
Anderson, Julian & Hull LLP
C.W. Moore Plaza
250 South Fifth St., Ste. 700
P.O. Box 7426
Boise, ID  83707-7426
*jstoll@ajhlaw.com*
*njenkins@ajhlaw.com*
*jmaas@ajhylaw.com*

*Attorneys for West Ada School District, Dr. Derek Bub, and Monty Hyde*


Brian V. Church
James E. M. Craig
Office of the Attorney General
P.O. Box 83720
Boise, ID  83720
*brian.church@ag.idaho.gov*
*james.craig@ag.idaho.gov*

*Attorneys for Idaho State Board of Education, Idaho State Department of Education, and Attorney General Raul R. Labrador*


                                        */s/ Elijah Watkins*
                                        Elijah Watkins


SECOND NOTICE OF SUPPLEMENTAL AUTHORITY – 3
4926-2243-5256\1