RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB # 9391
Lead Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov

*Attorneys for Defendants Idaho State Board
of Education, Idaho Department of Educa-
tion, and Attorney General Labrador*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SARAH INAMA, an individual,<br><br>                                   *Plaintiff*,<br><br>         v.<br><br>IDAHO STATE BOARD OF EDUCATION,<br>an agency of the State of Idaho; et al.<br><br>                                   *Defendants*. | Case No. 1:26-CV-00064-DCN<br><br>**STATE ENTITIES' NOTICE OF<br>SUPPLEMENTAL AUTHORITY** |

The State Entities (the Board of Education, the Department of Education, and the Attorney General) bring to the Court's attention *Theis v. Intermountain Education Service District – Board of Directors*, Nos. 25-5641 and 25-8039, a published opinion released by the Ninth Circuit on July 21, 2026. The *Theis* decision is material to the State Entities' motion to dismiss. A copy of the slip opinion, sourced from the Ninth Circuit website,[1] accompanies this filing. A copy of the opinion is also available on Westlaw at 2026 WL 2093895.

DATED: July 28, 2026

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *Brian V. Church*
BRIAN V. CHURCH
Lead Deputy Attorney General

*Attorney for Defendants Idaho Board of Education, Idaho Department of Education, and Attorney General Labrador*

---

[1] https://cdn.ca9.uscourts.gov/datastore/opinions/2026/07/21/25-8039.pdf

STATE ENTITIES' NOTICE OF SUPPLEMENTAL AUTHORITY—1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Elijah M. Watkins<br>watkins.elijah@dorsey.com | James R. Stoll<br>jstoll@ajhlaw.com |
| Aaron R. Bell<br>bell.aaron@dorsey.com | Nicole M. Jenkins<br>njenkins@ajhlaw.com |
| Latonia Haney Keith<br>lhaney@post.harvard.edu | John J. Maas V<br>jmaas@ajhlaw.com |
| McKay Cunningham<br>cunninghammckay@gmail.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants West Ada School District, Dr. Derek Bub, and Monty Hyde* |

/s/ *Brian V. Church*
BRIAN V. CHURCH